IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMA PRASSENOS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-00419-KD-C |
| ) | |
| E.I. DuPONT DE NEMOURS AND ) | |
| COMPANY and BENEFLEX EMPLOYEE ) | |
| LIFE INSURANCE PLAN OF E.I. DuPONT ) | |
| DE NEMOURS AND COMPANY, ) | |
|     Defendants. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed,[1] the Report and Recommendation (Doc. 18) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 17, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss (Doc. 7) is **DENIED**. It is further **ORDERED** that the Defendants' request in the alternative to strike the Plaintiff's jury demand (Doc. 7 at 2 n.1) is **GRANTED** and that the Plaintiff's jury demand is **STRICKEN**.

**DONE** and **ORDERED** this the **2nd** day of **April 2014**.

                                    /s/ Kristi K. DuBose
                                  **KRISTI K. DuBOSE**
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] The Court has reviewed the Defendants' "Response to Report and Recommendation of Magistrate Judge" (Doc. 19) but does not deem it to be an objection warranting *de novo* review under 28 U.S.C. § 636(b)(1).