IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Emma Prassenos, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 13-419-KD-C |
| | * | |
| E. I. du Pont de Nemours and | * | |
| Company and BeneFlex | * | |
| Employee Life Insurance Plan of | * | |
| E. I. du Pont de Nemours and | * | |
| Company, | * | |
| | * | |
| Defendants. | * | |

## SUGGESTION OF DEATH AND VERIFIED PETITION TO SUBSTITUTE PARTIES UNDER RULE 25, Fed. R. Civ. P., AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COME NOW undersigned counsel for the Plaintiff, and for Petitioner, Ronald Jeffrey Hester, as the duly appointed Administrator of the Estate of Emma Francis Prassenos, deceased, Charles J. Potts and Robert J. Winicki, and hereby advise the Court and all parties of the death of Plaintiff, Emma Prassenos, which occurred on Tuesday, September 30, 2014. Petitioner, Ronald Jeffrey Hester, hereby petitions the Court to substitute the Estate of Emma Francis Prassenos, deceased, for that of the named Plaintiff, Emma Prassenos, pursuant to Rule 25, F.R.Civ.P., and this Court's Order of October 27, 2014 [Doc.58], and to allow the filing of a Second Amended Complaint to accomplish the substitution, showing the Court as follows:

1.      Plaintiff, Emma Prassenos, formerly a resident of Jackson County, Mississippi, died intestate on September 30, 2014.

2.    As a consequence of Ms. Prassenos' death, a decedent's estate was created in the Chancery Court of Jackson County, Mississippi.

3.    Emma Prassenos' son, Ronald Jeffrey Hester, has been appointed the Administrator of Emma Prassenos' Estate by the Chancery Court of Jackson County, Mississippi, and been granted express authority by that Court to proceed, on behalf of the Estate, with the instant litigation. See, "Order [dated December 16, 2014] Appointing Administrator, Waiving Bond, and Granting Authority to Prosecute Lawsuit in the Name of the Estate", attached as Exhibit "A" and incorporated by reference.

4.    Petitioner, Ronald Jeffrey Hester, as Administrator of the Estate, wishes to proceed with the litigation against duPont pursuant to said authority granted by the Chancery Court of Jackson County, Mississippi, and to have the Estate substituted for that of the named Plaintiff, Emma Prassenos, a deceased individual, under the proposed Second Amended Complaint [attached as Exhibit "B"] which merely substitutes the Estate as Plaintiff and adds no new or additional claims or allegations.

5.    Undersigned counsel are authorized by Petitioner, Ronald Jeffrey Hester, as Administrator of the Estate, to represent the Estate in this matter as they had that of Petitioner's deceased mother, Emma Prassenos.

6.    Undersigned counsel has sought to determine whether the defendants consent or object to the substitution as requested herein. As of the date of the filing of this Petition, no response has been received.

WHEREFORE, premises considered, Petitioner, Ronald Jeffrey Hester, as Administrator of the Intestate Estate of Emma Frances Prassenos, Deceased, hereby requests the Court to substitute the Estate of Emma Francis Prassenos, deceased, for that of Plaintiff, Emma Prassenos, a deceased individual, Rule 25, *Fed. R. Civ. P.*

COUNTY OF Jackson
STATE OF MISSISSIPPI

<u>VERIFICATION</u>

I, the undersigned, Ronald Jeffery Hester, as heir of Emma Francis Prassenos and as Administrator of the Estate of Emma Francis Prassenos, deceased, being first duly sworn, do depose and say:

I am an adult, resident citizen of George County, in the State of Mississippi. I am a son of the late Emma Prassenos and the duly appointed Administrator of the Estate of Emma Francis Prassenos, deceased. I have read the Verified Petition for Substitution set forth above and the facts stated therein are true and correct based upon my personal knowledge and information.

Done this 24th day of December, 2014.

_Ronald Jeffery Hester_
Ronald Jeffery Hester

Sworn to and subscribed before me this
the 24 day of December, 2014.

_Dawn Turnage_
NOTARY PUBLIC
My Commission Expires: 11/30/2017

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 79407
DAWN TURNAGE
Commission Expires
Nov. 30, 2017
JACKSON COUNTY

3

Respectfully submitted,

/s/ Charles J. Potts
Charles J. Potts (POTC0053)

OF COUNSEL:
**BRISKMAN & BINION, P.C.**
Post Office Box 43   (36601)
205 Church Street   (36602)
Mobile, Alabama
251.433.7600
251.433.4485 Fax
cpotts@briskman-binion.com

/s/ Robert J. Winicki
Robert J. Winicki (*pro hac vice*)
Fl. Bar No. 335381
Attorneys for Plaintiff, Emma Prassenos

OF COUNSEL:
**WINICKI LAW FIRM, P.A.**
4745 Sutton Park Court, Suite 40
Jacksonville, Fl  32224
(904) 992-4997
Fax (904) 992-4998
winickilaw@att.net

## CERTIFICATE OF SERVICE[1]

I do hereby certify that on *December 29*, 2014, I have caused a true and correct copy of the foregoing to be served upon the following via the Court's CM/ECF system:

Terrance W. McCarthy
John M. Johnson
Lightfoot, Franklin & White, LLC

---

[1] Pursuant to Rule 25(c), and the Court's Order of October 27, 2014 [Doc.58], service on parties is being accomplished herewith pursuant to Rule 5, F.R.Civ.P.  Service on any "non-parties" under Rule 25(c) implicates service under Rule 4; however, such is not necessary here because the former Plaintiff's "successor or representative" is the duly authorized Administrator of the Estate and the Petitioner herein.  See Order, Doc. 58, p. 2, fn.1.

The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200
Attorney for Defendants


*/s/ Charles J. Potts*
OF COUNSEL